U.S. DISTRICT COURT
EASTERN DISTRICT
FILED
2013 JAN 17 A 8:29
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 12-CR-111

ANDREW M. STRONG,

    Defendant.

## WRIT OF HABEAS CORPUS FOR PROSECUTION

**TO:** WARDEN OR SUPERINTENDENT, Oshkosh Correctional Institution, Oshkosh, WI OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY.

WE COMMAND that you have the body of Andrew M. Strong, d.o.b.: xx/xx/1986, Inmate #00482393, now detained in the Oshkosh Correctional Institution, Oshkosh, WI, produced under safe and secure conduct, to the Honorable Charles N. Clevert, Jr., Room 222, Federal Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, commencing on December 13, 2012 at 9:30 a.m., for the purpose of a sentencing hearing.

WE FURTHER COMMAND that at the completion of said proceedings, you return the prisoner to said institution, under safe and secure conduct, and have you then and there this Writ.

WITNESS, The Honorable Patricia J. Gorence, United States Magistrate Judge for the Eastern District of Wisconsin, at Milwaukee, in the State and Eastern District of Wisconsin, on this _____ day of November, 2012.

JON W. SANFILIPPO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BY: _____
Deputy Clerk