ONC
12cr111

7-11-16

To whom it May concern,
     My Name is Andrew Maurice Strong #11717-089. I would like a copy of My Docket Sheet. Thank you and have a blessed Day!

                    Sincerly,
                    Andrew Strong #11717-089
                    *Andrew Strong* (signature)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2016 JUL 15 P 12 15
JON W. SANFILIPPO
CLERK

Andrew Stroud #11717-089
Federal Correctional Institution Beaumont
P.O. Box 26040
Beaumont, Tx 77720

NORTH HOUSTON TX 773
12 JUL 2016 PM 8 L

53202-458299

Clerk of Courts
517 E. Wisconsin Ave.
Milwaukee, Wi 53202